3. In what amount, if any, is the defendant Dixson Holding Corporation, indebted to the plaintiff for the stone furnished by the plaintiff? Answer: $2,238.52.

The facts in reference to the lien are set out in the judgment, which was rendered in favor of the plaintiff.

*S. E. Hall and E. M. Whitman for plaintiff.*
*Parrish & Deal and Ingle & Rucker for defendant.*

PER CURIAM. We are of opinion that this case was tried in substantial compliance with the law, and that the record discloses no reversible error.

No error.

SAMUEL ARROW v. H. C. CHANDGIE.

(Filed 15 April, 1931.)

APPEAL by plaintiff from *Finley, J.,* at January 5th Term, 1931, of GUILFORD.

Civil action brought before a justice of the peace to recover for personal services alleged to have been rendered by the plaintiff to the defendant, which resulted in a judgment for the plaintiff and appeal by the defendant to the Superior Court.

On a plea to the jurisdiction and denial of liability because plaintiff's claim allegedly arose out of unadjusted partnership dealings between the parties, the jury in the Superior Court found with the defendant.

From a judgment dismissing the action for want of jurisdiction, plaintiff appeals, assigning errors.

*Younce & Younce for plaintiff.*
*Frazier & Frazier for defendant.*

PER CURIAM. Affirmed on authority of *Nixon v. Morse,* 194 N. C., 225, 139 S. E., 170, *Love v. Rhyne,* 86 N. C., 576, and *Commissioners v. Sparks,* 179 N. C., 581, 103 S. E., 142.

Affirmed.